**JUDGE SWAIN**  **JUDGE SWAIN**

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
1:11-CR-205-4

DOCKET NUMBER (Rec. Court)
22 CRIM 376

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dawlin Cabrera<br>New York | Maine | Portland |

NAME OF SENTENCING JUDGE
The Honorable John A. Woodcock Jr.

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/22/2019 | TO 03/21/2024 |
|---|---|---|

OFFENSE
Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Maine

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 12, 2022
Date

/s/ John A. Woodcock, Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/13/22
Effective Date

[signature] USMJ
United States District Judge

**JUDGE SWAIN**   **JUDGE SWAIN**