

## REQUEST FOR COURT ACTION / DIRECTION

TO:    Jim Molinelli
        Miscellaneous Clerk

OFFENSE: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF COCAINE BASE-In violation of 21 U.S.C. 841 (a) (1), 841 (b) (1) (B), and 846, a Class B Felony.

FROM:  Noah Joseph
         U.S. Probation Officer

ORIGINAL SENTENCE: 120 Months' Bureau of Prisons; 60 Months' Supervised Release, $100.00 Special Assessment.

SPECIAL CONDITIONS: The defendant shall participate in workforce development programs and services as directed by the supervising officer, and, if not employed, shall perform up to 20 hours of community service per week. Workforce development programming may include assessment and testing; educational instructions; training classes; career guidance; and job search and retention services.

Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay-co-pay for services during such treatment to the supervising officer's satisfaction.

Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests; and Defendant shall at all times readily submit to a search of his residence, and of any other premises under his dominion and control, by his supervising officer, upon the officer's request when the officer has reasonable basis to believe that such a search will lead to the discovery of evidence of violation of the terms of supervised release. Failure to submit to such a search may be grounds for revocation.

Dawlin Cabrera                                      2                       63259 - Noah Joseph
Docket Number: 0100 1:11CR00205

RE:     Dawlin Cabrera                  AUSA: Donald Feith
        Docket # 0100 1:11CR00205       DEFENSE COUNSEL: Andres Manuel Aranda
                                        MED: March 21, 2024

DATE OF SENTENCE: June 24, 2013

DATE: July 12, 2022

ATTACHMENTS:    ☒ PSI           ☒ JUDGMENT         ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

## TRANSFER OF JURISDICTION

On June 24, 2013, Dawlin Cabrera (Mr. Cabrera) was sentenced as outlined above, in the District of Maine (DME), by the Honorable, John A. Woodcock, Chief U.S. District Judge. Since commencing his term of supervised release, Mr. Cabrera has lived in the Bronx, New York. On July 12, 2022, the Probation Department received correspondence from the DME requesting a transfer of jurisdiction to the Southern District of New York (SDNY), given his residence therein. Attached you will find two copies of the Transfer of Jurisdiction (Probation Form 22) signed by the DME initiating the transfer of jurisdiction to the SDNY. At this time, we are requesting that this case be assigned to a District Judge and docketed in the SDNY.

                                            Respectfully submitted,
                                            Edwin Rodriguez Jr.
                                            Acting Chief U.S. Probation Officer

                                    by      *Veronica Pena (for)*

                                            Noah Joseph
                                            U.S. Probation Officer
                                            212-805-5185

Prepared By:

Veronica Pena                   July 12, 2022
                                Date