UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No.  22 CR  376 - LTS

DAWLIN CABRERA,

        Defendant.

-------------------------------------------------------x

ORDER

The status conference in this case is scheduled to proceed on **October 18, 2022**, at **2:30 p.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

    SO ORDERED.

Dated: New York, New York
       October 12, 2022

                                                        __/s/ Laura Taylor Swain_____
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge