UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No. 22 CR 376 - LTS

DAWLIN CABRERA,

        Defendant.

-------------------------------------------------------x

## ORDER

The violation of supervised release hearing in this case is scheduled to proceed on **February 7, 2023**, at **2:30 p.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

     SO ORDERED.

Dated: New York, New York
       February 2, 2023

                                                                          __/s/ Laura Taylor Swain_____
                                                                          LAURA TAYLOR SWAIN
                                                                          Chief United States District Judge